# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>                    Plaintiff,<br><br>vs.<br><br><br><br>JAMILLAH BOBAL,<br><br>                    Defendant. | Case No. 10cv1392 BTM (BLM)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS;**<br><br>[Doc. 2]<br><br>**DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL;**<br>[Doc. 3]<br><br>**DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Grace L. Sandoval, proceeding *pro se*, has filed a complaint [Doc. 1], along with a Motion to Proceed in Forma Pauperis ("IFP") [Doc. 2] and a Request for Appointment Counsel [Doc. 3]. Based on the information Plaintiffs provides, under 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP motion. The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. *See* 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief. The Complaint is but one in a series of frivolous complaints filed by Plaintiff. Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court **DISMISSES** the complaint **without prejudice** and **without leave to amend**. *Franklin v. Murphy*, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984). As such, the Court **DENIES AS MOOT** Plaintiff's Request for Appointment of Counsel.

**IT IS SO ORDERED.**

DATED: July 7, 2010

                                                Honorable Barry Ted Moskowitz
                                                United States District Judge